[No. 12222-3-I.  Division One.  April 22, 1985.]

LEAH ELIZABETH JOHNSON, *Appellant,* v. KEVIN W. RUDE, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 41293, Walter J. Deierlein, Jr., J., entered August 16, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman and Grosse, JJ.

[No. 14455-3-I.  Division One.  April 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOYCE O. WILLARD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00594-3, John F. Wilson, J., entered May 3, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Ringold, JJ.

[No. 14122-8-I.  Division One.  April 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LUIS OSWALDO BUSTILLOS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-02544-0, Herbert M. Stephens, J., entered December 14, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Ringold, JJ.